

# United States District Court

### District of Nevada
### Chambers of Larry R. Hicks
### United States District Judge

Bruce R. Thompson U.S. Courthouse
400 South Virginia Street, Suite 607
Reno, Nevada 89501

Telephone: (775) 686-5700
Facsimile: (775) 686-5704

September 9, 2004

Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RECEIVED SEP 15 10 54 AM '04 FINANCIAL DISCLOSURE OFFICE

  RE: Calendar Year 2003 Filing

Dear Ms. Lisi:

  In response to your letter of August 5, 2004, concerning my annual financial disclosure report for the year 2003, please note the following:

  In Part VII, page 1, line 14, the word "NONE" should be inserted in space B(2).

  In Part VII, page 1, line 29, in my 2002 report, the listed "Charles Schwab IRA Rollover XXSWUXX" should have been identified on the same page under Profit Sharing Plan at line 24 as **SWUXX. This is the same asset which is identified in Part VII, page 1, line 31 of my 2003 report.

  Thank you for bringing these errors to my attention. I apologize for any confusion they may have caused.

           Very truly yours,

           Larry R. Hicks

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Hicks, Larry R | 2. Court or Organization<br><br>U.S. District Court - Nevada | 3. Date of Report<br><br>5/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Bruce R Thompson US Courthouse<br>400 S. Virginia St., Ste. 607<br>Reno, NV 89501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.   11/27/01 | McDonald Carano Wilson LLP. Buyout of partnership interest in law firm. Terms: $100,000 on 12/15/01 and continuing payments of $75,300 to $77,800 in December |
| 2. | of each year in 2002, 2003 and 2004. |

RECEIVED MAY 20 12 15 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/17/02 | McDonald Carano Wilson LLP (See Part II, line 1, portion of buyout payment which represents income.) | $55,195 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Avansino Realty Partners Ltd. |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** . - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Larry R | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property #1 - Reno, NV | D | Rent | N | W | | | | | |
| 2. Rental Property #2 - Sparks, NV | E | Rent | N | W | | | | | |
| 3. Avansino Realty Partners, Ltd. | F | Rent | O | Q | | | | | |
| 4. **Rental Property #3-Sparks, NV | | | | | | | | | |
| 5. **Rental Prop #4-Sparks, NV | | | | | | | | | |
| 6. **Rental Prop #5-Reno, NV | | | | | | | | | |
| 7. **Rental Prop #6-Reno, NV | | | | | | | | | |
| 8. **Rental Prop #7-San Francisco, CA | | | | | | | | | |
| 9. Wells Fargo Bank - Account | B | Interest | M | T | | | | | |
| 10. Boyd Gaming Corp - Common | A | Dividend | | | Sell | 10/10 | J | C | |
| 11. MGM Mirage - Common | A | Dividend | K | T | | | | | |
| 12. Zion's Bancorp - Common | A | Dividend | K | T | | | | | |
| 13. Wal-Mart Stores - Common | A | Dividend | K | T | | | | | |
| 14. Intl. Game Technology (X) | | | J | T | | | | | |
| 15. Harbor Fund | A | Dividend | J | T | | | | | |
| 16. Stillwater Farms, Inc.-Common | | None | L | W | | | | | |
| 17. 401K Plan | E | Div & Int | M | T | | | | | |
| 18. **MGFIX | | | | | Sell | 08/06 | L | D | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Larry R | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. **VGENX | | | | | Buy | 08/06 | L | | |
| 20. **COST | | | | | | | | | |
| 21. **PFCB | | | | | Buy | 08/06 | K | | |
| 22. **SSMXX | | | | | | | | | |
| 23. Profit Sharing Plan | D | Div & Int | O | T | | | | | |
| 24. **MGFIX | | | | | Sell | 08/06 | L | C | |
| 25. **MLOIX | | | | | Sell | 08/06 | L | C | |
| 26. **SSMXX | | | | | Sell | 01/28 | N | D | |
| 27. **PRFDX | | | | | Buy | 07/25 | M | | |
| 28. **TGCNX | | | | - | Buy | 07/25 | M | | |
| 29. **DODGX | | | | | Buy | 07/25 | M | | |
| 30. **PLDDX | | | | | Buy | 08/06 | L | | |
| 31. **SWUXX | B | Interest | B | T | Buy | 01/28 | N | | |
| 32. IRA #1 | A | Dividend | J | T | | | | | |
| 33. **MBG | | | | | | | | | |
| 34. IRA #2 | A | Dividend | J | T | | | | | |
| 35. **Smith Barney 2041 Fundamental Value Fund | | | | | Sell | 10/10 | K | D | |
| 36. **AIVSX | | | | | Buy | 10/14 | K | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| FINANCIAL DIS LOSURE REPORT | Name of Person Reporting<br><br>Hicks, Larry R | Date of Report<br><br>5/13/2004 |
| --- | --- | --- |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part VII, page 1, line 3, column C(2), the appraisal date for Avansino Realty Partners, Ltd. Is December 1998.

Part VII, page 1, line 16, Stillwater Farms, Inc., is a privately owned corporation with no established "book value." It is primarily a hunting club, exact value unknown with no more accurate determination available. I can only estimate the value of my shares in the corporation based upon recent sales of other shares.

In Part VII, page 2, line 28, of the CY2002 report, MBG was mistakenly listed in both IRA #1 and IRA #2. The CY2002 report should have shown MBG only in IRA #1. In this report, MBG is properly listed in IRA #1 in Part VII, page 2, line 33.



## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____      Date  5/13/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

    Committee on Financial Disclosure
    Administrative Office of the United States Courts
    Suite 2-301
    One Columbus Circle, N.E.
    Washington, D.C. 20544